UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                                    CHAPTER 13 PROCEEDINGS

ROBERT DUANE CHURCHFIELD         CASE NUMBER: 04-21788
PENELOPE LYNN CHURCHFIELD      HON: DANIEL S OPPERMAN
            Debtor(s).
_____/

## STATEMENT REGARDING FUNDS TO BE
## DEPOSITED IN US REGISTRY

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $142.25 for deposits in the U. S. Registry as evidenced by the attached Check No. 241929 made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on October 31, 2009 on behalf of the following creditor;

     Citizens Insurance         $142.25         October 31, 2009

     Creditor mail has been returned, no Forwarding Order on File.

Date: January 26, 2010                      /s/ Thomas W McDonald
                                          Thomas W McDonald, Jr.
                                          Chapter 13 Trustee
                                          3144 Davenport Ave
                                          Saginaw Mi 48602
                                          Telephone (989) 792-6766
                                          ecf@mcdonald13.org